UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ATLANTA PLUMBERS AND STEAMFITTERS HEALTH AND WELFARE FUND et al, <br><br> Plaintiffs, <br><br> vs. <br><br> A.L. WILLIAMS PLUMBING CO., INC., <br><br> Defendant. | CIVIL ACTION FILE <br><br> NO. 1:13-cv-3092-ODE |

## DEFAULT JUDGMENT

The defendant(s) A.L. WILLIAMS PLUMBING CO., INC., having failed to plead or otherwise to defend in this action and default having been duly entered, and the Court, Orinda D. Evans, United States District Judge, by order of 09/30/14, having directed that judgment issue in favor of plaintiffs and against the defendant(s), it is hereby

ORDERED AND ADJUDGED, that the plaintiffs ATLANTA PLUMBERS AND STEAMFITTERS HEALTH AND WELFARE FUND, ATLANTA PLUMBERS AND STEAMFITTERS PENSION FUND, PLUMBERS AND STEAMFITTERS LOCAL #72 DEFINED CONTRIBUTION FUND, JEFF HOUSWORTH and DAVID M. MCKENNEY, recover from the defendant(s) A.L. WILLIAMS PLUMBING CO, INC., the amount of $5,363.64; Liquidated damages and penalties in the amount of $1,636.22; Interest accrued for delinquent contributions in the amount of $295.98; Statutory damages in the amount of $891.81; and Attorneys' fees and costs in the amount of $2,539.63.

Dated at Atlanta, Georgia this 30th day of September, 2014

JAMES N. HATTEN
CLERK OF COURT

By:   s/Frances K. Pinckney
          Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
   October 1, 2014
James N. Hatten
Clerk of Court


By: s/Frances K. Pinckney
          Deputy Clerk